**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re:<br>Eric Maurice Mendenhall, SSN# (xxx-xx-6847)<br>aka Eric M Mendenhall, Eric Mendenhall,<br><br><br>8100 Bayfield Road, Apt 14G<br>Columbia, SC 29223<br>     Debtor(s) | CASE NO: __24-03642__<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

  I, Patrick Moss, hereby certify that a copy of the *Plan. Objections Due no later than 7 days prior to the Confirmation Hearing., Motion to Assume Included in Chapter 13 Plan,* was filed with the Bankruptcy Court, on October 23, 2024, and was served, on October 23, 2024, upon the Trustee and the Creditors listed below by placing the same in the United States Mail with sufficient postage attached thereto at the addresses listed.

This 23rd day of October 2024

By: /s/ Patrick Moss
Patrick Moss
Moss and Associates, Attorneys P.A.
816 Elmwood Avenue
Columbia, South Carolina 29201

Annemarie Belanger Mathews, via (CM/ECF)
Chapter 13 Trustee
3700 Forest Drive, Suite 302
Columbia, SC 29204

Region 4 US Trustee CM/ECF
1201 Main Street, Suite 2440
Columbia, SC 29201

SEE ATTACHED LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 24-03642-hb<br>District of South Carolina<br>Columbia<br>Wed Oct 23 07:23:52 EDT 2024 | 1st Franklin Financial Corporation<br>ATTN: Admin Services<br>PO BOX 880<br>Toccoa, GA 30577-0880 | ALLY FINANCIAL<br>PO BOX 380901<br>Minneapolis MN 55438-0901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | CAPITAL ONE<br>PO BOX 31293<br>Salt Lake City UT 84131-0293 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| DEBT RECOVERY SOLUTIONS<br>6800 JERICHO TURNPIKE, STE 113 E<br>Syosset NY 11791-4401 | DIANE FELDER<br>382 ARLINGTON AVENUE, APT 312<br>Jersey City NJ 07304-2849 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |
| LVNV FUNDING<br>55 BEATTIE PLACE<br>STE 110 MS 250<br>Greenville SC 29601-5115 | LVNV FUNDING<br>PO BOX 10587<br>Greenville SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)LEXINGTON MEDICAL CENTER<br>470 HULON LANE<br>WEST COLUMBIA SC 29169-4823 | MIDLAND CREDIT MANAGEMENT<br>350 CAMINO DE LA REINA SUITE 100<br>San Diego CA 92108-3007 | Annemarie Belanger Mathews<br>Chapter 13 Office<br>3700 Forest Drive<br>Suite 302<br>Columbia, SC 29204-4010 |
| Eric Maurice Mendenhall<br>8100 Bayfield Road, Apt 14G<br>Columbia, SC 29223-5652 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 | NCB MANAGEMENT<br>1 ALLIED DRIVE<br>Feasterville Trevose PA 19053-6945 |
| RICHLAND COUNTY TREASURER<br>PO BOX 11947<br>Columbia SC 29211-1947 | SAMARA EAST<br>8100 BAYFIELD ROAD<br>Columbia SC 29223-5658 | SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 |
| (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lexington Medical Center<br>2720 Sunset Blvd<br>West Columbia, SC 29169 | SPRING OAKS CAPITAL<br>PO BOX 1216<br>Chesapeake VA 23327 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |